Submitted on record and briefs January 24, conviction affirmed and remanded for
resentencing February 26, 1992

STATE OF OREGON,
*Respondent,*

*v.*

KENNETH VANNOSTRAND,
*Appellant.*

(C90-02-31217; CA A68277)

825 P2d 295

Sally L. Avera, Public Defender, Salem, filed the brief for appellant.

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Carol J. Fredrick, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Joseph, Chief Judge, and Deits, Judge.

PER CURIAM

## PER CURIAM

Defendant pled guilty to possession of a controlled substance under a plea agreement. He was placed on 60 months' probation, instead of the sentencing guidelines' 18-month presumptive probation term that was agreed to in the plea agreement.

Defendant assigns as error that the court imposed an erroneous period of probation. The state concedes that he is correct. We accept the concession. *State v. Adams*, 110 Or App 434, 823 P2d 992 (1992).

Conviction affirmed; remanded for resentencing.